**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-2033**

—————————

ROSALIE T. JOHNSON, Evang.,

 Plaintiff - Appellant,

 versus

BERKELEY COUNTY SHERIFF, Department and
Detention Center,

 Defendant - Appellee.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-03-2846-2-23AJ)

—————————

Submitted:  November 17, 2004      Decided:  December 22, 2004

—————————

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Rosalie T. Johnson, Appellant Pro Se.  Stephanie Pendarvis
McDonald, Charleston, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rosalie T. Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Johnson v. Berkeley County Sheriff</u>, No. CA-03-2846-2-23AJ (D.S.C. Aug. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>